AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

_____ SOUTHERN _____ District of _____ TEXAS _____

United States Courts
Southern District of Texas
FILED

JUL 2 1 2010

David J. Bradley, Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. C-10-770 m |
|  | ) |
| Ramiro TORRES | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __07-19-2010__ in the county of _____ Brooks _____ in the _____ Southern _____ District of

_____ Texas _____ , the defendant violated _____ 21 _____ U. S. C. § __841 (a)(1)__ ,

an offense described as follows:

```
Knowingly, intentionally and unlawfully possess with intent to distribute controlled
substances in Schedule I of the Controlled Substance Act of 1970, to wit: 15.93
kilograms of marijuana (approximate gross weight).
```

This criminal complaint is based on these facts:

See Attachment "A"

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Duane A. Pacheco, TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 21, 2010__

_____
*Judge's signature*

City and state: __Corpus Christi, Texas__

Brian L. Owsley, Magistrate Judge
_____
*Printed name and title*

ATTACHMENT "A"

TORRES, Ramiro

On July 19, 2010, Border Patrol Agent (BPA) Jeffrey Williams was assigned to traffic check duties at the United States Border Patrol Checkpoint located thirteen miles south of Falfurrias, Texas on Highway 281. At approximately 7:50 p.m., a green Jeep Grand Cherokee (TX PZJ-979) arrived in the primary inspection area for an immigration inspection of its occupants. BPA Williams approached the vehicle and asked for the citizenship of the driver, subsequently identified as Ramiro TORRES. Ramiro TORRES claimed to be a U.S. citizen. The passengers later identified as Patricia Torres Adela Leos also claimed U.S. citizenship. Ramiro TORRES said the two children traveling in the vehicle were also United States citizens. BPA Williams asked where Ramiro TORRES was traveling to and Ramiro TORRES responded that he (R. TORRES) and family were going home to Houston. While BPA Williams was conducting the immigration inspection, BPA Oscar Ortiz utilized Service Canine "Peppie" and conducted a non-intrusive, free-air sniff of the exterior of the vehicle. BPA Ortiz signaled for BPA Williams to place Ramiro TORRES in the secondary inspection area. BPA Ortiz later explained that Service Canine "Peppie" alerted to the undercarriage of the vehicle. BPA Williams asked Ramiro TORRES if agents could search the vehicle to which Ramiro TORRES agreed. BPA Williams then instructed Ramiro TORRES to park in the secondary inspection area for a closer inspection of the vehicle.

In the secondary inspection area, Ramiro TORRES and the passengers exited the vehicle and were asked to wait in the waiting area while the vehicle was being searched. During the search of the vehicle, Ramiro TORRES was tapping his feet, chomping on his gum and shaking his head. BPA Williams knew from previous experience these types of behaviors are indicators of nervousness. Ramiro TORRES told agents that he (Ramiro TORRES) had been visiting family in Alamo, Texas for the last week and that Ramiro TORRES' brother had been in possession of the Jeep for two days during the stay.

A search of the gas tank, with a scope, revealed anomalies inside the gas tank. The vehicle was then placed on the lift for a closer look at the gas tank. Agents observed that the gas tank brackets had tool marks and that the underside of the gas tank had been wiped clean. Agents then removed the gas tank which was found to contain sixteen bundles of marijuana, weighing 35.05 lbs (15.93 kg) AGW.

Ramiro TORRES, Patricia Torres and Adela Leos were placed under arrest and escorted into the checkpoint where all parties were read the Miranda Rights Warning by BPA Williams and witnessed by BPA Oscar Ortiz. Ramiro TORRES, Patricia Torres and Adela Leos signed the forms accordingly, indicating that each person understood the rights. Ramiro TORRES was asked if he (TORRES) knew what was in the gas tank, to which Ramiro TORRES initially said that he (TORRES) did not know. Ramiro TORRES later claimed ownership of the marijuana and that Patricia Torres and Adela Leos had no prior knowledge of the marijuana. During the interview, Ramiro TORRES stated that he (TORRES) had been out of work for seven months. Ramiro TORRES claimed to be doing what he had to do to feed his (TORRES') family. Ramiro

ATTACHMENT "A"

TORRES, Ramiro
Page 2

TORRES was reluctant to answer any further questions regarding the marijuana in the gas tank. Patricia Torres and Adela Leos were interviewed and each claimed no knowledge of the marijuana in the gas tank.

On July 20, 2010, TFO Duane A. Pacheco and S/A Brad Abbott arrived at the Falfurrias, TX BPCP. TFO Pacheco took custody of the evidence and detained parties in this case. TFO Pacheco advised Ramiro TORRES of the Miranda Rights Warning. Ramiro TORRES acknowledged verbally and in writing that Ramiro TORRES understood the Rights and agreed to answer questions. Ramiro TORRES stated that he (TORRES) had knowledge that there was approximately 30 pounds of marijuana concealed within the gas tank of the vehicle. Ramiro TORRES stated he was going to be paid $2,500.00 USD to transport the marijuana from San Juan, Texas to Houston, Texas. Ramiro TORRES additionally advised that his wife, Patricia Torres and his mother-in-law, Adela Leos had no knowledge about the marijuana in the vehicle or the fact that he was transporting marijuana.

AUSA Robert Thorpe was contacted and verbally agreed to prosecute Ramiro TORRES.

Ramiro TORRES was transported for overnight detention to Coastal Bend Detention Center in Robstown, TX. pending further judicial proceedings.

The amount of drug seized infers the intent to distribute.