UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 1 2010

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | C-10-758 |
| RAMIRO TORRES | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about July 19, 2010, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

RAMIRO TORRES,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than fifty (50) kilograms of marihuana, that is, approximately fourteen and two-tenths (14.2) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: _____
HEATHER WINTER
Assistant United States Attorney